NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1489


STATE OF LOUISIANA

VERSUS

CLARENCE SHAKESNIDER, JR.


**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02K4710A
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Earl B. Taylor
District Attorney
Alisa Ardoin Gothreaux
Assistant District Attorney
27th Judicial District Court
P. O. Drawer 1968
Opelousas, LA  70571-1968
(337) 948-3041
Counsel for Plaintiff/Appellee:
        State of Louisiana

Paula C. Marx
Louisiana Appellate Project
P. O. Box 80006
Lafayette, LA  70598-0006
(337) 991-9757
Counsel for Defendant/Appellant:
        Clarence Shakesnider, Jr.